IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONNA HEDRICK, | : |
| Plaintiff, | : |
| v. | : Case No. 2:11 CV 1112 |
| CEMA, INC., and | : |
| TRIPLE PLAY RESTAURANTS, INC. | : Judge Edmund A. Sargus, Jr. |
| | : Magistrate Judge Norah McCann King |
| Defendants. | : |

### ORDER

This civil action, brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., the Ohio Minimum Fair Wage Standards Act, R.C. § 4111.01 et seq., the Ohio Prompt Pay Act, R.C. § 4113.15, and the Ohio Constitution, Article II, § 34a, is before the Court on the parties' Joint Motion for Order Approving the Settlement and Release Agreement.

The Court hereby GRANTS the Joint Motion for Order Approving Settlement and Release Agreement and hereby ORDERS as follows:

The Court hereby APPROVES the Settlement and Release Agreement and finds that the agreement is a fair, reasonable, and adequate settlement of a bona fide dispute over the FLSA's provisions.

IT IS SO ORDERED:

                                                                            8-9-2012

Hon. Edmund A. Sargus, Jr.
UNITED STATES DISTRICT JUDGE
United States District Court for the
Southern District of Ohio

1